# EXHIBIT 1

**ANDRÉS RIVERO**
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd.
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
E-mail: arivero@riveromestre.com

Andrés Rivero is a commercial litigator and white-collar criminal defense lawyer who, for 37 years, has handled the full range of civil and criminal cases. In Chambers USA he has been called "a brilliant lawyer with an inquisitive mind." A skilled trial lawyer, Rivero has during his career tried many cases to jury verdict in federal and state court. He was one of the lead prosecutors in *U.S. v. Brown, et al.*, one of the longest trials in the history of the Southern District of Florida. He has also argued many cases before the United States Courts of Appeals for the First Circuit, Second Circuit, Third Circuit, Eleventh Circuit, and Florida appellate courts. His background in government service as a federal prosecutor in the Southern District of Florida and in private practice as a litigation partner at Greenberg Traurig and as a founding partner of his own medium-size litigation law firm gives him a broad perspective on legal practice in South Florida.

Rivero has substantial experience in representing corporations and individuals in intellectual property disputes, antitrust and securities claims, partnership and shareholder controversies, and significant white-collar criminal matters. Along with many other members of the firm, Rivero is fluent in Spanish and has conducted numerous litigations and arbitrations, including an arbitration trial in Mexico, in Spanish.

Rivero has served as an adjunct professor in the LL.M. program at the University of Miami Law School, where he taught U.S. litigation practice, and has taught at the Attorney General's Advocacy Institute. He also has served as chairman of the Judicial Nominating Commission for the 11th Circuit Court for Miami-Dade County, Florida.

**EXPERIENCE**

| | |
|---|---|
| **1998-present** | **Partner**<br>Rivero Mestre LLP (and predecessors) |
| **1996-1998** | **Shareholder, Litigation Department**<br>Greenberg Traurig |
| **1994 – 1996** | **Attorney, Litigation Department**<br>Greenberg Traurig |
| **1989-1994** | **Assistant United States Attorney**<br>U.S. Attorney's Office for the Southern District of Florida<br>• 1992-1994 Public Corruption Section<br>• 1989-1992 Economic Crimes Section<br>• Appeals and Major Crimes Section |

| | |
|---|---|
| **1986-1989** | **Attorney, Litigation Department** |
| | Greenberg Traurig, Miami, Florida |

## EDUCATION

**University of California Berkeley School of Law**, J.D., 1986

**Harvard College**, A.B., *magna cum laude*, 1982
Major: Social Studies (an interdisciplinary honors concentration embracing all of the social sciences)

**Miami Killian Senior High School**, 1978

## TEACHING EXPERIENCE

| | |
|---|---|
| **1990-1996** | **Adjunct Professor/Advisor** |
| | University of Miami Law School |
| | Comparative Trial Practice Program |
| | |
| **1993** | **Faculty member** |
| | Attorney General's Advocacy Institute |

## REPRESENTATIVE PUBLICATIONS

*Deposing Nonhumans: Corporate Representative Depositions in Florida,* The Florida Bar Journal, Volume 79, No. 1.

*Comity of Errors: Understanding the International Abstention Doctrine,* University of Florida Journal of International Law, Volume 17, Issue 2.

## RECOGNITIONS AND HONORS

Honored by the <u>Daily Business Review's Florida Legal Awards</u> as a Distinguished Leader for 2023

Rivero Mestre ranked in the Legal 500 Latin America guide as a Top Tier Firm in the City Focus category for Miami for 2023

Rivero Mestre honored by The American Lawyer as a finalist for National Boutique / Specialty Litigation Department of the Year for 2022

Rivero Mestre recognized by the Daily Business Review's Florida Legal Awards as a finalist in the Cross-Border Disputes category for 2024

Rivero Mestre honored by the Daily Business Review's Florida Legal Awards as Litigation Department of the Year for 2022

Rivero Mestre recognized by Chambers USA in The Elite in Florida category in Band 1

Recognized in Lawdragon's 500 Leading Litigators in America Guide for 2023 and 2024

Recognized in Lawdragon's 500 Leading Global Litigators Guide for 2021 and 2023

Rivero Mestre shortlisted by Benchmark Litigation as Florida Firm of the Year for 2022 and 2023

Rivero Mestre honored by Benchmark Litigation as Florida Firm of the Year for 2021

Rivero Mestre honored by Chambers and Partners as the winner of its 2020 Diversity & Inclusion Award for Outstanding Firm for Furthering Diversity and Inclusion (USA Private Practice Firm category)

Rivero Mestre recognized by the Daily Business Review in the *13th Annual Most Effective Lawyers* special report in the category of Class Actions

Rivero Mestre honored by The American Lawyer as a winner of a Global Legal Award for its work on the Chevron v. Donziger case in the category of Global Dispute of the Year: U.S. Fraud Litigation

Ranked in the 2014 through 2024 edition of Chambers USA in General Commercial Litigation (Florida)

Rivero Mestre honored by Chambers and Partners as a finalist for the 2016 Diversity & Inclusive Award for Most Inclusive Firm for Minority Lawyers

Rivero Mestre ranked in Benchmark Litigation in Dispute Resolution as a "Highly Recommended Firm" in Florida, 2021 – present

Ranked in Benchmark Litigation as a "Local Litigation Star" in General Commercial, 2021 – present

AV Preeminent, Peer Rated for Highest Level of Professional Excellence by Lexis-Nexis Martindale Hubbell

Rivero Mestre ranked as a Tier 1 law firm in U.S. News Media Group and Best Lawyers' "Best Law Firm" rankings for: White-Collar Governmental Investigations and White-Collar Litigation, 2013; White-Collar Criminal Defense, since 2014; Commercial Litigation, since 2019; Litigation – Securities, since 2020; Litigation – Banking & Finance, since 2021

Recognized in *The Best Lawyers in America* in various categories including Criminal Defense-White Collar, 2009-present; Litigation-Securities, 2016-present; Commercial Litigation, 2018-present

Rivero Mestre recognized by the Leadership Council on Legal Diversity as a Top Performer, 2014 through 2016

Recognized by Latino Leaders Magazine as a Top Latino Lawyer, 2020

Consistently recognized as among Florida Super Lawyers since 2010 (voted for by members of the Florida Bar)

Rivero Mestre ranked by South Florida Legal Guide as a Top Law Firm, 2021-present

Consistently ranked by South Florida Legal Guide as a Top Lawyer in Commercial Litigation and Complex Business Litigation

Recognized as among Florida Legal Elite many times since 2004 by Florida Trend Magazine (voted for by members of the Florida Bar)

Recognized by American Lawyer Media and Martindale Hubbell as a Top-Rated Lawyer in Intellectual Property, 2013 and 2015

Selected by Who's Who Legal as one of world's leading practitioners in Business Crime Defense, 2013 and 2014

Recognized by American Lawyer Media as a South Florida Best Lawyer in Criminal Defense: White-Collar, 2012

**COURT ADMISSIONS**

United States Supreme Court (2018)
United States Court of Appeals, First Circuit (2012)
United States Court of Appeals, Third Circuit (2011)
United States Court of Appeals, District of Columbia (2011)
United States Court of Appeals, Second Circuit (2010)
United States Court of Appeals, Eleventh Circuit (1989)
United States District Court, Southern District of Florida (1986)
United States District Court, District of Colorado (2010)
Northern District of Florida (2001)
Middle District of Florida (1998)

**PROFESSIONAL AND COMMUNITY MEMBERSHIPS**

Aire Ventures, Board of Directors (2022-present)

Cleveland Orchestra Miami, Board of Directors (2016)

Co-Chair, National Association of Minority and Women Owned Law Firms White-Collar Practice Area Committee (2015-2019)

Commissioner, Miami-Dade County Circuit Court Judicial Nominating Commission (2005-2010)
Vice-Chairman (2008)
Chairman (2009)

President, Assistant U.S. Attorney Association (2002-2003)

Coach, Coral Gables Elementary School County Champion Geography Club (2001-2003; 2005-2007)

Treasurer, Assistant U.S. Attorney Association (2001-2002)

City of Coral Gables Retirement System Board (1996-2000)

Election Crimes Coordinator, United States Attorney's Office, Southern District of Florida (1993-94)

Volunteer Reader, WLRN Radio Reading Service, Miami, Florida (1993-1996)

Adjunct Professor/Advisor, Comparative Trial Practice Program, University of Miami Law School (1990-1996)

Faculty member, Attorney General's Advocacy Institute (1993)

Advisory Committee, Carol City High School, Pre-Law Magnet Program (1990-1993)

**SPEAKING ENGAGEMENTS**

iLaw2024: ILS Global Forum on International Law (Miami Florida), Speaker, "Hot Topics in International Litigation," February 2024

Legalink General Meeting (Tokyo, Japan), Speaker, "AI Future-Ready Law Firms," September 2023

Legalink General Meeting – Fintech Forum (Frankfurt Germany), Speaker, "Litigation In Crypto Matters," May 2023

New York City Bar Association (Virtual), Moderator, "Combating Corruption in Mexico: What's Happening with Mexico's National Anti-Corruption System?," April 2022

ABA 2021 Virtual Litigation Section Annual Conference, Speaker, "Better NOT Call Saul: Ethical Strategies for Overcoming Bullying and Bias in Litigation," May 2021

The Litigation Room: Where it Happens Podcast, Speaker, "Diversity, and Inclusion: Why is D&I A Game Changer?," October 2020

The Litigation Room: Where it Happens Podcast, Speaker, "Managing Risk, Liability, and Claims: Does your general liability insurance policy cover you against COVID-19-related claims after you reopen your business?," September 2020

ABA International Law Section Annual Virtual Meeting Webinar, Speaker, "Paradise Recouped? Impact of Helms-Burton Title III Activation on Expropriated Cuban Property," June 2020

HarrisMartin's Valsartan & Losartan Recall Litigation Conference, Speaker, "Third-Party Payor Cases," April 2019

National Association of Minority and Women Owned Law Firms Mid-Year Conference (New Orleans) CLE panelist, "Driving Diversity & Leadership," "In-House Counsel at Risk: Enforcement Actions Against Gatekeepers," and "The Corporate Scene: Investigation of an International Scandal and the Pitfalls to Avoid Creating Another One," February 2019

International Litigation Panel (Guatemala City, Guatemala), Speaker, "Managing Complex International Investigations," January 2019

National Association of Minority and Women Owned Law Firms Annual Meeting (Chicago) CLE panelist, "Avoiding Pitfalls and Untangling Knots in Corporate Internal Investigations," September 2018

National Association of Minority and Women Owned Law Firms Annual Meeting (Houston) CLE panel moderator, "On High Alert: Rising and Shifting Liability in the Face of Increased Data Breaches," September 2016

National Association of Minority and Women Owned Law Firms Mid-Year Meeting (New Orleans) CLE panel moderator, "Navigating a Cybersecurity Investigation Conducted by the Securities and Exchange Commission," February 2016

National Association of Minority and Women Owned Law Firms Annual Meeting (Los Angeles) CLE panel moderator, "Get Smart: The DOJ Rewrites Its FCPA Screenplay," September 2015

Florida Managing Partners Association Annual Dinner (Miami) panelist, "Diversity: a Goal Worth Pursuing or a Failed Experiment?," April 2015

National Association of Minority and Women Owned Law Firms Annual Meeting (Minneapolis) CLE panel moderator, "The Expansion of Cybersquatting Beyond Domain Names: Should the Lanham Act Protect the Use of Trademarked Names in Post-Domain Paths?," September 2013

American Bar Association's Section of Litigation Insurance Coverage Committee's 25th Annual CLE Seminar (Tucson) CLE panel moderator, "Practitioner's Pulse: Enforcing D&O Insurance Coverage Subject to the Insured v. Insured Exclusion," March 2013
University of Miami School of Law Diversity Week Networking and Diversity Panel speaker, January 2013

FIU Law School, welcome address speaker for Stand Your Ground Town Hall Meeting, March 2012

University of Miami, School of Business Administration, Business Law Department, International Business class guest lecturer on the Foreign Corrupt Practices Act, November 2011

American Bar Association's Section of Litigation's Annual Conference (Miami), CLE panelist, "Updates in the Foreign Corrupt Practices Act," April 2011

**LANGUAGES**

Spanish