# EXHIBIT 2

# DAVID S. MANDEL

**Education**

CORNELL LAW SCHOOL  Ithaca, New York.  J.D. 1986

LONDON SCHOOL OF ECONOMICS London, England. Graduate Studies in International Relations, 1982-83

BROWN UNIVERSITY Providence, Rhode Island. A.B., Political Science, *magna cum laude*, 1982

**Experience**

MANDEL & MANDEL LLP
Partner. Represents individuals and corporations in complex commercial litigation, compliance and regulatory matters, internal investigations, grand jury proceedings, arbitrations and trials. Emphasis in the investment and financial services sectors and in matters involving allegations of fraud. Served as Court appointed Receiver in both Securities and Exchange Commission and Federal Trade Commission matters.  1997-present.

MANDEL ARBITRATION, Inc.
Independent Arbitrator. Focus on international, investment, and complex commercial arbitrations. Fellow, Chartered Institute of Arbitrators.  Member, Panel of Arbitrators for the Financial Industry Regulatory Authority (FINRA). Appointed as Chair and Co-arbitrator in International Centre for Dispute Resolution (ICDR) arbitrations.  2019-present.

MORGAN, LEWIS & BOCKIUS LLP
Of Counsel. Directed the Miami Office's Corporate Investigations and Criminal Defense (CICD) Practice Group. Handled numerous criminal and civil litigation matters, involving RICO, antitrust violations, securities fraud, Foreign Corrupt Practices Act and money laundering. 1995-1997.

UNITED STATES ATTORNEY'S OFFICE    Southern District of Florida
Assistant United States Attorney. Investigated and prosecuted a variety of complex criminal and asset forfeiture matters. Received Evans Memorial Award, given to the Outstanding Assistant United States Attorney, Southern District of Florida. Extensive trial and appellate experience. 1989-1995.

COFFIELD UNGARETTI & HARRIS    Chicago, Illinois.
Associate.  Handled commercial, products liability and securities litigation.  1986-1989.

**Bar Admissions**

Admitted in Florida, Illinois, New York and Washington, D.C.

**Professional Associations and Memberships**

Member, Federal Bar Association, South Florida Chapter
Chair, Federal Court Committee, Dade County Bar Association, 1998 - 2000
Fellow, Chartered Institute of Arbitrators
Member, Miami International Arbitration Society
Panel of Arbitrators, Financial Industry Regulatory Authority (FINRA)
Member, Wilson Council, Woodrow Wilson International Center for Scholars,
    Washington, D.C. 2007-2018
Chair, International Law Committee, Dade County Bar Association, 2015-2016
President, Foster Care Review, Inc., Miami, Florida, 2000 - 2002
President, B'nai B'rith Bench & Bar, 1997
FAA Commercial Pilot's License


**Honors and Awards**

The Best Lawyers in America
    Securities Litigation 2024 Lawyer of the Year (Miami)
America's Leading Business Lawyers, Chambers USA
Martindale-Hubbell Peer Review Rating -- AV Preeminent 5.0 out of 5
Top Lawyers in South Florida, *South Florida Legal Guide*
The International Who's Who of Business Crime Defense Lawyers
Florida Super Lawyers
People of the Year, *Daily Business Review*, 2014
Finalist, Most Effective Lawyer, *Daily Business Review*, 2012
Key Partners Award, *South Florida Business Journal*, 2012
Evans Memorial Award, Outstanding Assistant U.S. Attorney, Southern District of Florida


**Personal Data**      Born January 23, 1959
                       Married; Three Children