**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-80980-CV-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

WELLS REAL ESTATE INVESTMENT, LLC,
JANALIE C. JOSEPH
A/K/A JANALIE C. BINGHAM, and
JEAN JOSEPH,

    Defendants.

CAMBRIDGE REAL ESTATE MANAGEMENT, LLC,
60 YACHT CLUB, LLC, 112 SOUTH OLIVE, LLC,
791 PARKSIDE HOME, LLC, 910 PARKSIDE, LLC,
930 PARKSIDE, LLC,
976 PALM BEACH SQUARE, LLC,
1070 BOCA RATON SQUARE, LLC,
2082 PARADISE PALM, LLC,
2295 CORPORATE BLVD LLC, 4050 NW, LLC,
4100 HOSPITAL OFFICE, LLC, 4800 FEDERAL, LLC,
7352 VALENCIA, LLC, 7483 VALENCIA, LLC,
BOCA DEERFIELD PROPERTIES, LLC,
DAYBREAK HOME, LLC,
GLOBE OFFICES, LLC, GLOBE PROPERTY OFFICES, LLC,
LW SQUARE OFFICE, LLC,
MARTINIQUEÂ INVESTMENTS LLC
a/k/a MARTINIQUE'S INVESTMENTS LLC,
OAKLAND LAND PROPERTY, LLC, and
SOUTH OLIVE OFFICE, LLC,

    Relief Defendants.
_____/

### ORDER GRANTING RECEIVER'S FOURTH INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF <u>FEES AND EXPENSES OF RECEIVER AND HIS PROFESSIONALS</u>

**THIS CAUSE** is before the Court on the Receiver's Fourth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and his Professionals (the "Application"), filed on September 4, 2025. (DE 143). The Court having considered the Application, and finding that cause exists to grant the Application, it is

**ORDERED AND ADJUDGED** as follows:

1. The Application (DE 143) is **GRANTED**.

2. The total amount of fees and expenses that the Receiver and Rivero Mestre incurred during the Application Period in the amount of $120,190.84 (comprised of $115,803.00 in fees, and $4,387.84 in expenses) is approved.

3. The total amount of fees that EisnerAmper incurred during the Application Period in the amount of $11,196.00 is approved.

4. The total amount of fees that Day Pitney incurred during the Application Period in the amount of $16,765.00 (compromised of $16,240.00 in fees, and $525.00 in expenses) is approved.

5. The Receiver is authorized to pay $120,190.84 to the Receiver and Rivero Mestre, reflecting 100% of the fees and 100% of expenses incurred by the Receiver and Rivero Mestre during the Application Period, $11,196.00 to EisnerAmper, reflecting 100% of the fees that EisnerAmper incurred during the Application Period, and $16,765.00 to Day Pitney, reflecting 100% of the fees and 100% of the expenses that Day Pitney incurred during the Application Period, from the Wells Real Estate Investment, LLC

Receivership account with City National Bank.

**SIGNED** in Chambers at West Palm Beach, Florida this 5 day of September, 2025.

Donald M. Middlebrooks
United States District Judge