# Exhibit A

**Andres Rivero, as Receiver**
**RIVERO MESTRE, LLP**
**2525 Ponce de Leon Blvd., Ste. 1000**
**Miami, FL 33134**
**STANDARDIZED FUND ACCOUNTING REPORT**
**CIVIL- WELLS RECEIVERSHIP FUND FOR SEC v. WELLS REAL ESTATE**
**INVESTMENT, LLC ET AL**
**Reporting Period 10/01/25 to 12/31/25**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/2025) | $482,157.12 | $482,157.12 | $482,157.12 |
| | **Increases in Fund Balance** | | | |
| Line 2 | Business Income [1] | $10,000.00 | $10,000.00 | $10,000.00 |
| Line 3 | Cash and Securities OP [1] | $0.00 | $0.00 | $0.00 |
| Line 4 | Interest/Dividend Income MM [1] | $11.75 | $11.75 | $11.75 |
| Line 5 | Business Asset Liquidation | $903,244.81 | $903,244.81 | $903,244.81 |
| Line 6 | Personal Asset Liquidation | $0.00 | $0.00 | $0.00 |
| Line 7 | Third-Party Litigation Income | $0.00 | $0.00 | $0.00 |
| Line 8 | Miscellaneous-Other | - | - | - |
| | **Total Funds Available (Lines 1-8)** | | | **$1,395,413.68** |
| | **Decrease in Fund Balance** | | | |
| Line 9 | Disbursement to Investors | $0.00 | $0.00 | $0.00 |
| Line 10 | Disbursement for Business Operations [2] | $14,172.32 | $14,172.32 | $14,172.32 |
| Line 10a | Disbursement to Receiver or other Professional | $135,511.49 | $135,511.49 | $135,511.49 |
| Line 10b | Business Asset Expenses | $0.00 | $0.00 | $0.00 |
| Line 10c | Personal Asset Expenses | $0.00 | $0.00 | $0.00 |
| Line 10d | Investment Expenses | $0.00 | $0.00 | $0.00 |
| Line 10e | Third-Party Litigation | $3,580.50 | $3,580.50 | $3,580.50 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for** | | | **$153,264.31** |

| | Receivership Operations | | | |
|---|---|---|---|---|
| Line 11 | Disbursement for Distribution | $0.00 | $0.00 | $0.00 |
| | Expenses Paid by the Fund | | | |
| Line 11a | Distribution Plan Development Expenses | $0.00 | $0.00 | $0.00 |
| Line 11b | Distribution Plan Implementation Expenses | $0.00 | $0.00 | $0.00 |
| Line 12 | Disbursement to Court/Order | $0.00 | $0.00 | $0.00 |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS)Fees | $0.00 | $0.00 | $0.00 |
| Line 12b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements to Court/Other** | | | $0.00 |
| | **Total Funds Disbursed (Lines 9-11)** | | | **$153,264.31** |
| Line 13 | **Ending Balance (As of September 30, 2025)** | | | **$1,242,149.37** |
| Line 14 | **Ending Balance of Fund-Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | **$1,242,149.37** |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund-Net Assets** | | | **$1,242,149.37** |

[1] Funds were received into Wells Real Estate Receivership Checking Account and money market account. See Receipts attached here as Exhibit 1.

[2] Funds were disbursed to administer the Receivership and its assets. See expenses attached here as Exhibit 2.

Respectfully submitted,

**RIVERO MESTRE LLP**
*Receiver for the Receivership Defendants*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: /s/ *Andres Rivero*
ANDRES RIVERO
Fla. Bar No. 613819
arivero@riveromestre.com

**EXHIBIT 1 RECEIPTS**
**SEC v. Wells Real Estate Investment, LLC, et al. Receipts of Wells Real Estate Investment**
**LLC Receivership Accounts**

**CHECKING ACCOUNT**

| Date | Check # | Payee | Amount | Explanation |
|---|---|---|---|---|
| 07/01/2025 | 655076613 | DOAK S CAMPBELL III | $10,000.00 | Sale of Property |
| 11/7/2025 | 495054701 | DAY PITNEY LLP #635073347 | $875,487.04 | Sale of property |
| 12/31/2025 | 2947 | First American Tittle Insurance | $27,757.77 | Sale of property |

**MONEY MARKET ACCOUNT**

| Date | Check # | Payee | Amount | Explanation |
|---|---|---|---|---|
| 10/31/2025 | Deposit | City National Bank | $4.36 | Interest earned |
| 11/28/2025 | Deposit | City National Bank | $3.55 | Interest earned |
| 12/312025 | Deposit | City National Bank | $3.84 | Interest earned |

**GRAND TOTAL RECEIPTS AND INTEREST: $913,256.56**

**EXHIBIT 2 EXPENSES**
**SEC v. Wells Real Estate Investment, LLC, et al. Receipts of Wells Real Estate Investment LLC Receivership Accounts**

| Date | Check # | Payor | Amount | Description |
|------|---------|-------|--------|-------------|
| 10/15/2025 | EP | City National Bank | $17.00 | Bank fees & service charges |
| 11/17/2025 | EP | City National Bank | $17.00 | Bank fees & service charges |
| 12/15/2025 | EP | City National Bank | $17.00 | Bank fees & service charges |
| 10/01/2025 | EP | Intuit Quickbooks | $99.00 | Software & apps |
| 10/2/2025 | EP | City of Plantation | $232.62 | Water & sewer |
| 10/06/2025 | 1154 | The Clerk of Court | $21.00 | Office expenses |
| 10/06/2025 | 1153 | The Clerk of Court | $13.50 | Office expenses |
| 10/07/2025 | EP | Aquatic Isles Pool Services | $220.00 | Repairs & maintenance |
| 10/15/2025 | EP | City National Bank | $99.59 | Bank fees & service charges |
| 10/20/2025 | EP | Your Green Pros | $15.00 | Bank fees & service charges |
| 10/20/2025 | EP | Intuit Quickbooks | $275.00 | Software & apps |
| 10/20/2025 | EP | Your Green Pros | $300.00 | Repairs & maintenance |
| 10/20/2025 | EP | Your Green Pros | $850.00 | Repairs & maintenance |
| 10/20/2025 | EP | Your Green Pros | $350.00 | Repairs & maintenance |
| 10/20/2025 | EP | Florida Power & Light | $411.58 | Electricity |
| 10/20/2025 | EP | Florida Power & Light | $316.57 | Electricity |
| 10/20/2025 | EP | Florida Power & Light | $66.23 | Electricity |
| 10/24/2025 | EP | City of Boca Raton | $745.84 | Water & sewer |
| 10/31/2025 | EP | Intuit Quickbooks | $115.00 | Software & apps |
| 10/31/2025 | EP | Waste Management | $761.88 | Disposal & waste fees |

| Date | Num | Payee | Amount | Category |
|---|---|---|---|---|
| 11/04/2025 | EP | Your Green Pros | $2,172.00 | Repairs & maintenance |
| 11/05/2025 | EP | Aquatic Isles Pool Services | $130.00 | Repairs & maintenance |
| 11/06/2025 | EP | Aquatic Isles Pool Services | $220.00 | Repairs & maintenance |
| 11/17/2025 | EP | City National Bank | $147.28 | Bank fees & service charges |
| 11/18/2025 | EP | Aquatic Isles Pool Services | $130.00 | Repairs & maintenance |
| 11/18/2025 | EP | Florida Power & Light | $50.92 | Electricity |
| 11/18/2025 | EP | Florida Power & Light | $292.57 | Electricity |
| 11/19/2025 | EP | Intuit Quickbooks | $275.00 | Software & apps |
| 11/19/2025 | EP | Waste Management | $2,313.79 | Disposal & waste fees |
| 12/01/2025 | EP | Intuit Quickbooks | $115.00 | Software & apps |
| 12/02/2025 | EP | Aquatic Isles Pool Services | $130.00 | Repairs & maintenance |
| 12/08/2025 | 1159 | JOSE H. MEJIA, P.I., INC. | $655.25 | Legal Costs |
| 12/09/2025 | EP | Florida Power & Light | $188.14 | Electricity |
| 12/10/2025 | 1161 | JOSE H. MEJIA, P.I., INC. | $2,925.25 | Legal Costs |
| 12/15/2025 | EP | City National Bank | $20.29 | Bank fees & service charges |
| 12/15/2025 | EP | Your Green Pros | $11.00 | Repairs & Maintenance |
| 12/15/2025 | EP | Your Green Pros | $300.00 | Repairs & maintenance |
| 12/15/2025 | EP | Your Green Pros | $300.00 | Repairs & maintenance |
| 12/15/2025 | EP | Your Green Pros | $350.00 | Repairs & maintenance |
| 12/16/2025 | EP | Aquatic Isles Pool Services | $220.00 | Repairs & maintenance |
| 12/18/2025 | 1162 | Rivero Mestre LLP | $98,305.81 | Legal fees |
| 12/18/2025 | EP | City of Boca Raton | $1,937.76 | Water & sewer |
| 12/19/2025 | EP | Intuit Quickbooks | $275.00 | Software & apps |

| 12/23/2025 | 1166 | Damian \| Valori \| Culmo | $4,885.24 | Legal Fees |
|---|---|---|---|---|
| 12/24/2025 | 1167 | Kennyhertz Perry LLC | $16,720.00 | Legal Fees |
| 12/24/2025 | 1165 | Day Pitney LLP | $15,600.44 | Legal Fees |
| 12/31/2025 | EP | Intuit Quickbooks | $115.00 | Bank fees & service charges |

**TOTAL:      $153,264.31**