# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-80980-CV-MIDDLEBROOKS**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

vs.

WELLS REAL ESTATE INVESTMENT, LLC,
JANALIE C. JOSEPH
A/K/A JANALIE C. BINGHAM, and
JEAN JOSEPH,

     Defendants.

CAMBRIDGE REAL ESTATE MANAGEMENT, LLC,
60 YACHT CLUB, LLC, 112 SOUTH OLIVE, LLC,
791 PARKSIDE HOME, LLC, 910 PARKSIDE, LLC,
930 PARKSIDE, LLC,
976 PALM BEACH SQUARE, LLC,
1070 BOCA RATON SQUARE, LLC,
2082 PARADISE PALM, LLC,
2295 CORPORATE BLVD LLC, 4050 NW, LLC,
4100 HOSPITAL OFFICE, LLC, 4800 FEDERAL, LLC,
7352 VALENCIA, LLC, 7483 VALENCIA, LLC,
BOCA DEERFIELD PROPERTIES, LLC,
DAYBREAK HOME, LLC,
GLOBE OFFICES, LLC, GLOBE PROPERTY OFFICES, LLC,
LW SQUARE OFFICE, LLC,
MARTINIQUEÂ INVESTMENTS LLC
a/k/a MARTINIQUE'S INVESTMENTS LLC,
OAKLAND LAND PROPERTY, LLC, and
SOUTH OLIVE OFFICE, LLC,

     Relief Defendants.
_____/

**ORDER GRANTING THE MOTION TO APPROVE SETTLEMENT AGREEMENT**
**BETWEEN RECEIVER, CONFIA FINANCIAL CORPORATION, AND**
**<u>FRANCISCO HERRERA</u>**

THIS CAUSE is before the Court upon the Receiver's Motion to Approve Settlement Agreement Between Receiver, Confia Financial Corporation, and Franciso Herrera[1] (the "Motion") [ECF No __]. Having considered the Motion and the Settlement Agreement attached as Exhibit A to the Motion, I find that good cause exists to grant the relief requested. It is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Settlement Agreement between the Receiver and Settling Parties regarding the settlement of the Receiver's fraudulent transfer and unjust enrichment claims, attached as Exhibit A to the Motion, is approved.

3. The Receiver is authorized to execute the Settlement Agreement and take all actions reasonably necessary and not specifically described in the Motion to execute and implement the terms of the Settlement Agreement.

SIGNED in Chambers in West Palm Beach, Florida this __ day of June 2026.

_____
Donald M. Middlebrooks
United States District Judge

---

[1] Confia Financial Group and Francisco Herrera are collectively referred to as "Settling Parties".