# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-80980-CV-MIDDLEBROOKS**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.

WELLS REAL ESTATE INVESTMENT, LLC,
JANALIE C. JOSEPH
A/K/A JANALIE C. BINGHAM, and
JEAN JOSEPH,

      Defendants.

CAMBRIDGE REAL ESTATE MANAGEMENT, LLC,
60 YACHT CLUB, LLC, 112 SOUTH OLIVE, LLC,
791 PARKSIDE HOME, LLC, 910 PARKSIDE, LLC,
930 PARKSIDE, LLC,
976 PALM BEACH SQUARE, LLC,
1070 BOCA RATON SQUARE, LLC,
2082 PARADISE PALM, LLC,
2295 CORPORATE BLVD LLC, 4050 NW, LLC,
4100 HOSPITAL OFFICE, LLC, 4800 FEDERAL, LLC,
7352 VALENCIA, LLC, 7483 VALENCIA, LLC,
BOCA DEERFIELD PROPERTIES, LLC,
DAYBREAK HOME, LLC,
GLOBE OFFICES, LLC, GLOBE PROPERTY OFFICES, LLC,
LW SQUARE OFFICE, LLC,
MARTINIQUEÂ INVESTMENTS LLC
a/k/a MARTINIQUE'S INVESTMENTS LLC,
OAKLAND LAND PROPERTY, LLC, and
SOUTH OLIVE OFFICE, LLC,

      Relief Defendants.
_____/

**ORDER APPROVING SETTLEMENT WITH ANGELA RUFF, BANAMERICA**
**FINANCIAL GROUP INC., GIANOTTI FAMILY OFFICES, LLC, AND**
**<u>FINANCIAL RESCUE & ASSOCIATES, LLC</u>**

THIS CAUSE is before the Court upon the Receiver's Motion to Approve Settlement Agreement with Angela Ruff, Banamerica Financial Group, Inc., Gianotti Family Offices, LLC, and Financial Rescue & Associates, LLC[1] (the "Motion") [ECF No __]. Having considered the Motion and the Settlement Agreements attached as Exhibits A through C to the Motion, I find that good cause exists to grant the relief requested. It is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Settlement Agreements between the Receiver and Settling Parties regarding the settlement of the Receiver's fraudulent transfer and unjust enrichment claims, attached as Exhibits A through C to the Motion, are approved.

3. The Receiver is authorized to execute the Settlement Agreements with the Settling Parties and take all actions reasonably necessary and not specifically described in the Motion to execute and implement the terms of each of the Settlement Agreements.

SIGNED in Chambers in West Palm Beach, Florida this __ day of June 2026.

_____
Donald M. Middlebrooks
United States District Judge

---

[1] Collectively referred to as "Settling Parties".