**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-80980-CV-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

WELLS REAL ESTATE INVESTMENT LLC,
*et al.*,

          Defendants.

_____/

## STATUS REPORT

Plaintiff Securities and Exchange Commission provides the following update on the criminal case, *United States v. Jean Joseph, et al.*, No. 1:25-cr-20483 (S.D. Fla.) ("Criminal Case"), against Defendants Jean Joseph and Janalie C. Joseph a/k/a Janalie C. Bingham ("Bingham").

1.      This morning, Joseph was sentenced to 240 months of imprisonment. Criminal Case at DE 124. Joseph's restitution hearing has been set for September 4, 2026. *Id.* at DE 125.

2.      Bingham's sentencing is currently set for June 23, 2026.[1] *Id.* at DE 114.

---

[1] This hearing was rescheduled after the Court granted a joint motion by Bingham and the government to continue Bingham's previously scheduled June 5, 2026, sentencing.

Dated: June 11, 2026                    Respectfully submitted:


By: /s/ Brian Lechich
    Brian Lechich, Esq.
    Florida Bar No. 84419
    Senior Trial Counsel
    Email: LechichB@sec.gov
    Phone: (305) 416-6257
    *Lead Attorney*

    **ATTORNEY FOR PLAINTIFF**
    **SECURITIES AND EXCHANGE**
    **COMMISSION**
    801 Brickell Avenue, Suite 1950
    Miami, FL 33131
    Phone:  (305) 982-6300

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by CM/ECF generated email, and when indicated below by U.S. Mail and email, on June 11, 2026, on the service list below.

/s/Brian Lechich
Brian Lechich

## SERVICE LIST

Andres Rivero, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
*Court-Appointed Receiver*

Amanda Lara Fernandez, Esq.
Jorge Alejandro Mestre, Esq.
Taylor Diaz, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: afernandez@riveromestre.com
       jmestre@riveromestre.com
       tdiaz@riveromestre.com
*Counsel for Receiver Andres Rivero, Esq.*

Jean Joseph
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL 33101
*Pro se Defendant*
*Served via U.S. Mail*

Janalie Bingham
50 SE 12th Street, Unit #222
Boca Raton, FL 33432
Email: binghamjanalie@gmail.com
*Pro se Defendant*
*Served via e-mail and U.S. Mail*