**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 24-CV-80980-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

WELLS REAL ESTATE INVESTMENT, LLC,
JANALIE C. JOSEPH
A/K/A JANALIE C. BINGHAM, and
JEAN JOSEPH,

    Defendants.

CAMBRIDGE REAL ESTATE MANAGEMENT, LLC,
60 YACHT CLUB, LLC, 112 SOUTH OLIVE, LLC,
791 PARKSIDE HOME, LLC, 910 PARKSIDE, LLC,
930 PARKSIDE, LLC,
976 PALM BEACH SQUARE, LLC,
1070 BOCA RATON SQUARE, LLC,
2082 PARADISE PALM, LLC,
2295 CORPORATE BLVD LLC, 4050 NW, LLC,
4100 HOSPITAL OFFICE, LLC, 4800 FEDERAL, LLC,
7352 VALENCIA, LLC, 7483 VALENCIA, LLC,
BOCA DEERFIELD PROPERTIES, LLC,
DAYBREAK HOME, LLC,
GLOBE OFFICES, LLC, GLOBE PROPERTY OFFICES, LLC,
LW SQUARE OFFICE, LLC,
MARTINIQUEÂ INVESTMENTS LLC
a/k/a MARTINIQUE'S INVESTMENTS LLC,
OAKLAND LAND PROPERTY, LLC, and
SOUTH OLIVE OFFICE, LLC,

    Relief Defendants.
_____/

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ANGELA RUFF, BANAMERICA FINANCIAL GROUP INC., GIANNOTTI FAMILY OFFICES, LLC, AND FINANCIAL RESCUE & ASSOCIATES, LLC

THIS CAUSE is before the Court upon Receiver's Motion to Approve Settlement Agreements Between Receiver and Angela Ruff, Banamerica Financial Group, Inc. ("Banamerica"), Gianotti Family Offices, LLC ("GFO"), and Financial Rescue & Associates, LLC ("Financial Rescue") (GFO and Financially are collectively "GFO Defendants") relating to the Receiver's fraudulent transfer and unjust enrichment claims against Ruff, Banamerica, and the GFO Defendants in the case styled *Andres Rivero, as Receiver of Wells Real Estate Investment, LLC et al. v. Banamerica Financial Group Inc. et al.,* Case No. 25-cv-81001-DMM pending in the United States District Court for the Southern District of Florida (the "Settlement Agreement"). (DE 210). Having considered the Motion and the Settlement Agreements attached as Exhibits A (DE 210-1), Exhibit B (DE 210-2), and Exhibit C (DE 210-3), I find that good cause exists to grant the relief requested. It is hereby **ORDERED** as follows:

1. Receiver's Motion to Approve Settlement Agreements Between Receiver and Angela Ruff, Banamerica, ("GFO"), Financial Rescue (DE 210) is **GRANTED**.

2. The Settlement Agreements between the Receiver and Settling Parties regarding the settlement of the Receiver's fraudulent transfer and unjust enrichment claims, attached as Exhibit A (DE 210-1), Exhibit B (DE 210-2), and Exhibit C (DE 210-3) to the Motion are **APPROVED**.

3. The Receiver is authorized to execute the Settlement Agreements and take all actions reasonably necessary and not specifically described in the Motion to execute and implement the terms of the Settlement Agreements.

**SIGNED** in Chambers, at West Palm Beach, Florida this 12 day of June, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.    Counsel of Record